# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,

-vs-                                               Case No. 09-Cr-131

**IVY TUCKER,**

      Defendant.

## DECISION AND ORDER

Defendant Ivy Tucker ("Tucker") moves for reconsideration of the Court's denial of his motion for a new trial (ECF No. 650). The Court denied that motion as untimely, finding that it was based on facts that were other than newly discovered evidence. Tucker's motion for reconsideration does not demonstrate that it is in the interest of justice for the Court to vacate its prior judgment, *see United States v. Berg*, 714 F.3d 490. 500 (7th Cir. 2013), and is, therefore, denied.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Tucker's motion for reconsideration (ECF No. 651) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of November, 2014.

      **BY THE COURT:**

      _____
      **HON. RUDOLPH T. RANDA**
      **U.S. District Judge**